# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**DORIS H. MATTISON,**

     **Plaintiff,**

-vs-             Case No. **2:09-cv-215-FtM-99DNF**

**THE GEO GROUP, INC., a Florida
corporation,**

     **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This action was removed from state court on April 4, 2009. In the Complaint (Doc. 4), the Plaintiff, Doris H. Mattison alleges employment discrimination based on gender, race, and she also alleges retaliation. On July 13, 2009, the Defendant, The Geo Group, Inc. filed a Motion to Compel (Doc. 13). No response was filed to the Motion to Compel, and the Court entered an Order (Doc. 14) on August 3, 2009, granting the Motion to Compel and requiring the Plaintiff to respond to the outstanding discovery. In that Order, the Court indicated that "[i]f the Plaintiff fails to provide responses, upon a motion by the Defendant, the Court will consider sanctions which may include recommending that this action be dismissed for failure to prosecute." On August 25, 2009, the Defendant filed a Motion for Sanctions (Doc. 15) indicating that the Plaintiff failed to respond to the outstanding discovery. On September 16, 2009, the Court entered an Order to Show Cause (Doc. 16), requiring the Plaintiff to show good cause why this action should not be dismissed for failure to respond to outstanding discovery and failure to prosecute this action, citing Local Rule 3.10(a) which

provides "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." In the Order to Show Cause, the Court required the Plaintiff to respond to the outstanding discovery, file a certificate with the Court that she responded, and respond to the Motion for Sanctions as well as show good cause why this action should not be dismissed. The Plaintiff failed to respond to the Order to Show Cause. The Court cautioned the Plaintiff in the Order to Show Cause that "[i]f the Plaintiff fails to comply fully with [the] Order to Show Cause, then the Court will recommend that this action be dismissed." Based upon the Plaintiff's failure to prosecute this action, the Court will recommend that this action be dismissed.

It is respectfully recommended that the Motion for Sanctions (Doc. 15) filed on August 25, 2009, and the Renewed Motion for Sanctions (Doc. 17) filed on October 12, 2009, be granted, and this action be dismissed for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __13th__ day of October, 2009.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record