```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

DORIS H. MATTISON,

                Plaintiff,

vs.                                    Case No.   2:09-cv-215-FtM-99DNF

THE GEO GROUP, INC., a Florida corporation,

                Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #18), filed October 13, 2009, recommending that defendant's Motion for Sanctions (Doc. #15) and Renewed Motion for Sanctions (Doc. #17) be granted and the case be dismissed for failure to prosecute. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #18) is hereby **adopted** and the findings incorporated herein.

2. Defendant's Motion for Sanctions (Doc. #15) and Renewed Motion for Sanctions (Doc. #17) are **GRANTED**.

3. The case is dismissed without prejudice for failure to prosecute. The Clerk shall enter judgment accordingly, terminate all pending motions and deadlines as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this   10th   day of November, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties